In the Matter of LEON A. CHIKOFSKY et al., Appellants, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

BENJAMIN A. COHEN, Doing Business under the Name of BRUNSWICK MILLS, Respondent, v. ECHAVARRIA, CABO & CIA LTDA., Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements, and the motion to vacate service of summons granted on the ground that the defendant-appellant was not shown to have been doing business in this State. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See post, p. 999.]

FRANK A. LEDWITH, Appellant, v. HUGO IGNATIUS et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

DAVID BRADY, Respondent, v. GREGORY F. NOONAN et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice providing for an immediate trial of the action. Present — Martin, P.J., Townley, Glennon, Callahan and Peck, JJ.

GLADYS LIEBERMAN, Respondent, v. MAURICE B. LIEBERMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Peck, J., taking no part.

ROBERT ALTSHULER, Appellant, v. BURTON WANDER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to the plaintiff to furnish a further bill of particulars in compliance with items 4, 5, 6, 7, 8 and 9 of the defendants' demand for a bill of particulars within ten days after service of the order to be· entered herein, with notice of entry thereof. No opinion. Settle order no notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ROBERT ALTSHULER, Appellant, v. BURTON WANDER et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to the plaintiff to furnish a further bill of particulars in compliance with items 1, 2, 3, 4, 5, 8(b), 8(c), 9 and 10 of defendants' demand for a bill of particulars within ten days after service of the order to be entered herein, with notice of entry thereof. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

BESSIE C. RUDOLPH, Respondent, v. MAX RUDOLPH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

ROLAND BOTHNER, Respondent, v. ELIZABETH T. KEEGAN, Doing Business as JAMES P. KEEGAN COMPANY, et al., Defendants, and AUTO CAR SALES COMPANY, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.